# Order

Michigan Supreme Court
Lansing, Michigan

April 23, 2014

147333

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

ROBERT PORTER and JUDITH PORTER,
     Plaintiffs-Appellants,

v

CHRISTINA MARIE HILL, f/k/a CHRISTINA
MARIE PORTER,
     Defendant-Appellee.

SC: 147333
COA: 306562
Saginaw CC: 11-012799-DZ

_____/

     On January 15, 2014, the Court heard oral argument on the application for leave to appeal the June 11, 2013 judgment of the Court of Appeals. On order of the Court, the application is again considered. MCR 7.302(H)(1). In lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals. The Court of Appeals erred in holding that the parents of a man whose parental rights to his minor children were involuntarily terminated before his death did not have standing to seek grandparenting time with the children under the Child Custody Act, MCL 722.21 *et seq.*, when, under the circumstances of this case, a biological parent is encompassed by the term "natural parent" in MCL 722.22(e) and (h), regardless of whether the biological parent's parental rights have been terminated. We REMAND this case to the Saginaw Circuit Court for further proceedings not inconsistent with this order.

     We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 23, 2014



Clerk

t0416